IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY LAPP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv288 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER, and FUTURE MARKET TELECENTER, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

     The Clerk's Office has requested that Document Numbers 7 and 8 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

     IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Numbers 7 and 8 from the record.

     DATED this 27th day of June, 2005.

                                 BY THE COURT:

                                 s/ *David L. Piester*
                                 David L. Piester
                                 United States Magistrate Judge