```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEFFREY LAPP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV288 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER CO., and FUTUREMARKET TELECENTER, INC., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the court for determination of place of trial. Plaintiff has requested trial in Lincoln, Nebraska; defendants have requested trial in Omaha, Nebraska.

Having reviewed these requests and having given consideration to the convenience of the litigants, witnesses, and counsel, as required by NELR 40.1(a)(1)(D), the court finds that North Platte, Nebraska, should be designated as place of trial.

IT THEREFORE HEREBY IS ORDERED, trial will be held in North Platte, Nebraska and the case calendared accordingly.

DATED this 11th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge