08/23/2005 10:35 AM            Michael J Javoronok Law Firm    308 630 0771    2/2

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP -7 PM 1:41

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LAPP, ) | Case Number: 8:05cv288 |
| ) | |
| Plaintiff, ) | **CONSENT TO EXERCISE** |
| ) | **OF JURISDICTION BY A** |
| v. ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | **AND** |
| ) | **ORDER OF REFERENCE** |
| WERNER CO. and FUTURE MARKET, ) | |
| ) | |
| Defendant ) | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Jeffrey Lapp | 08/23/05 |
| [signature] | For Werner Co | 9/1/05 |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |
| _____ | For _____ | _____ |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable David L. Piester, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

9/7/05
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT **ONLY IF** ALL PARTIES HAVE CONSENTED **ON THIS FORM** TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

k:\clerk\proc\forms\consent.frm
08/15/03

RECEIVED
SEP 6 2005
CLERK
U.S. DISTRICT COURT
OMAHA