IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA


JEFFREY LAPP,                              )
                                           )
                    Plaintiff,             )              8:05CV288
                                           )
            v.                             )
                                           )
                                           )
WERNER, et al.,                            )                ORDER
                                           )
                    Defendant.             )


IT HEREBY IS ORDERED:


Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by December 22, 2005, file their Report of Parties' Planning Conference.


DATED：December 5, 2005


                                        /s/   David L. Piester
                                        United States Magistrate Judge