IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LAPP, | ) |
| | ) |
| Plaintiff, | ) 8:05CV288 |
| | ) |
| v. | ) |
| | ) |
| WERNER CO. | ) ORDER |
| | ) |
| Defendant. | ) |

Upon the suggestion of bankruptcy (filing 28) filed by counsel for defendant Werner Co.,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

Dated June 19, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge