```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| JEFFREY LAPP, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV288 |
| | ) | |
| v. | ) | |
| | ) | |
| WERNER CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's motion to amend complaint, filing no. 76, is granted. The amended complaint shall be filed forthwith.

DATED this 25th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge