IN THE UNITED STATE DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LAPP, ) | |
| ) | Case No. 8:05-CV-288-DLP |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| WERNER CO. ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on plaintiff's Motion to Restrict Access, filing no. 98. The Court, being first duly advised in the premises, finds that the plaintiff's motion should be granted.

IT IS ORDERED that filing nos. 79-3 through 79-20 shall be removed from the public docket and filed as restricted access documents.

DATED this 24th day of March, 2009.

BY THE COURT,

s/ David L. Piester
David L. Piester
United States Magistrate Judge

-1-