IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFFREY LAPP, | ) |
| | ) |
| Plaintiff, | ) 8:05-CV-00288 |
| | ) |
| v. | ) |
| | ) |
| WERNER COMPANY, | ) ORDER |
| | ) |
| Defendant. | ) |

The court has been advised that the parties in the above-captioned matter have reached a settlement of all their pending claims.

Accordingly,

IT IS ORDERED:

(1) Within sixty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court together with a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case has been removed from the trial docket upon representation by the parties that the case has settled.

Dated this 24th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge