IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY LAPP, | ) | CASE NO. 8:05CV288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | WITH PREJUDICE |
| WERNER, CO., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Filing No. 117). Being fully advised in the premises, the Court approves the Joint Stipulation and orders as follows:

1. The Plaintiff's Complaint is dismissed, with prejudice.

2. Each party is to pay their own taxable costs and attorneys' fees.

Dated this 8th day of June, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge

Prepared and submitted by:

Michael F. Coyle, #18299
Timothy J. Thalken, #22173
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 58102-2663
(402) 341-6000
mcoyle@fslf.com
tthalken@fslf.com
ATTORNEYS FOR DEFENDANT
wp509605